**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PLAYERS NETWORK, INC.,        ) | |
|         ) | |
|        Plaintiff,    ) | Case No. 2:14-cv-00238-GMN-GWF |
|         ) | |
| vs.         ) | **ORDER** |
|         ) | |
| COMCAST CORPORATION, et al.,    ) | |
|         ) | |
|        Defendants.    ) | |

This matter is before the Court on Defendants' Motion to Withdraw Appearance of Timothy R. Mulliner (#44), filed on April 10, 2015.

Defendants represent that Mr. Mulliner is no longer affiliated with Ballard Spahr LLP, and request that he be withdrawn from the case. Defendants further represent that the Plaintiff has no objection to this withdrawal. The Court finds the movant substantially establishes good cause for the withdrawal. In addition, the Defendants will continue to be represented by Abran E. Vigil and Geoffrey A. Khan of the law firm of Ballard Spahr LLP. Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion to Withdraw Appearance of Timothy R. Mulliner (#44) is **granted**.

**DATED** this 14th day of April, 2015.

GEORGE FOLEY, JR.
United States Magistrate Judge