BARNEY C. ALES, LTD.
Barney C. Ales, Esq.
Nevada Bar No. 0127
P.O. Box 20563
Las Vegas, NV 89112
222 Guidance Ridge Court
Henderson, NV  89012
Telephone: (702) 998-9576
Email: attorneyales@gmail.com
*Attorneys for Plaintiff*

BALLARD SPAHR LLP
Abran E. Vigil
Nevada Bar No. 7548
100 N. City Parkway, Suite 1750
Las Vegas, NV 89106
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
Email: VigilA@ballardspahr.com

Geoffrey A. Kahn (admitted *pro hac vice*)
William B. Igoe (admitted *pro hac vice*)
1735 Market Street, 51st Floor
Philadelphia, PA  19103
Telephone: (215) 665-8500
Facsimile: (215) 864-8999
Email: Kahn@ballardspahr.com
Email: Igoew@ballardspahr.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| PLAYERS NETWORK, INC.,<br><br>            Plaintiff,<br><br>vs.<br><br>COMCAST CORPORATION, et al.<br><br>            Defendants. | Case No.: 2:14-cv-00238-GMN-GWF<br><br>**STIPULATION TO MODIFY DISCOVERY PLAN AND SCHEDULING ORDER<br>(First Request)**<br>**SPECIAL SCHEDULING REVIEW REQUESTED** |

      Plaintiff, Players Network, Inc., by and through its attorney, Barney C. Ales, Esq. of BARNEY C. ALES, LTD., and Defendants, Comcast Corporation, Comcast Programming Development, Inc., and Comcast Cable Communications LLC (the "Comcast Defendants"), by and through their attorneys, Abran E. Vigil, Geoffrey A. Kahn, and William B. Igoe of BALLARD SPAHR LLP, respectfully submit this Stipulation to Modify Discovery Plan and Scheduling Order pursuant to Rule 26(f) of the Federal Rules of Civil Procedure and LR 26-1.

      **1.**    <u>**Status of Discovery.**</u>  On August 15, 2014, the Court entered a Discovery Plan and Scheduling Order that reflected the parties' agreement that discovery would be conducted in phases [Doc. 31].  The first phrase of discovery was scheduled to close on December 26, 2014, but the Court subsequently entered a Stipulation and Order extending the deadline to February 24, 2015, assuming the Court did not rule on the Comcast Defendants' pending motion to dismiss the Amended Complaint prior to that time [Doc. 35].

      On February 2, 2015, the Court entered an order granting in part and denying in part the Comcast Defendants' motion to dismiss the Amended Complaint [Doc. 36].  The order permitted Players Network to file a Second Amended Complaint by March 5, 2015.  On March 20, 2015, the Court entered a Discovery Plan and Scheduling Order to govern the remaining discovery in the case and other deadlines [Doc. 41].

      The parties have been diligent and have made substantial progress in completing discovery, including exchanging initial disclosures under Fed. R. Civ. P. 26(a)(1), serving and responding to written requests for discovery, producing documents, and taking the depositions of eight witnesses with knowledge relating to the dispute.  The parties submit this Stipulation to Modify Discovery Plan and Scheduling Order to address the remaining discovery in this action.

      **2.**    <u>**Discovery Plan.**</u>  The parties propose the following discovery plan:

          **a.**    <u>**Subjects of Discovery.**</u>  The balance of discovery will address expert disclosures and depositions and remaining factual issues relevant to this action.

          **b.**    <u>**Discovery Cut-Off Date(s).**</u>  The cut-off date for fact discovery will be January 29, 2016, which is 314 days from the deadline for the Comcast Defendants to answer or otherwise respond to the Second Amended Complaint and 667 days after the Comcast

1  Defendants' first appearance in this action.  This amount of time exceeds the 180 day
2  presumptive limit under LR 26-1(e)(1).  The additional time is necessary due to the nature of the
3  issues in this litigation and to accommodate the phased discovery schedule to which the parties
4  agreed.

5       **c.** **Fed. R. Civ. P. 26(a)(2) Disclosure (Experts).** The deadline for the
6  Comcast Defendants' expert disclosures will be October 23, 2015.

7   **4.** **Other Items.**

8       **a.** **Dispositive Motions.** The deadline for dispositive motions will be
9  February 29, 2016.

10       **b.** **Pretrial Order.** If no dispositive motions are filed, the pretrial order will
11  be filed by March 30, 2016.  If dispositive motions are filed, the date for filing the joint pretrial
12  order will be suspended until 30 days after the Court rules on such motions.

13       **c.** **Fed. R. Civ. P. 26(a)(3) Disclosures.** The deadline for filing and serving
14  the disclosures requires by Fed. R. Civ. P. 26(a)(3) shall be 30 days before the date scheduled for
15  trial.

16       **d.** **Court Conference.** The parties do not request a conference with the
17  Court before entry of the scheduling order.

18       **e**. **Trial Dates.** The parties do not anticipate that the deadline extensions
19  proposed herein will affect the proposed trial dates contained in the September 3, 2015 Joint
20  Interim Status Report [Doc. 53].

21
22
23
24
25
26
27
28

DATED: October 7, 2015.

| | |
|---|---|
| BARNEY C. ALES, LTD. | BALLARD SPAHR LLP |
| By: /s/ Barney C. Ales<br>    Barney C. Ales<br>    Nevada Bar No. 127<br>    P.O. Box 20563<br>    Las Vegas, NV 89112 | By: /s/ Geoffrey A. Kahn<br>    Abran E. Vigil<br>    Nevada Bar No. 7548<br>    100 North City Parkway, Suite 1750<br>    Las Vegas, NV 89106-4617 |
| *Attorney for Plaintiff*<br>*Players Network, Inc.* | Geoffrey A. Kahn (admitted pro hac vice)<br>William B. Igoe (admitted pro hac vice)<br>1735 Market St., 51st Floor<br>Philadelphia, PA 19103 |
| | *Attorneys for Defendants Comcast Corporation, Comcast Programming Development, Inc., and Comcast Cable Communications, LLC* |

**IT IS SO ORDERED:**

_____
GEORGE FOLEY, JR.
United States Magistrate Judge

Dated:  October 13, 2015