BARNEY C. ALES, LTD.
Barney C. Ales, Esq.
Nevada Bar No. 0127
Mailing Address:
PO Box 20563
Las Vegas, NV 89112
222 Guidance Ridge Court
Henderson, NV  89012
(702) 998-9576
attorneyales@gmail.com
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PLAYERS NETWORK, INC., a Nevada Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>COMCAST CORPORATION, a Pennsylvania corporation, now known as COMCAST HOLDINGS CORPORATION; COMCAST PROGRAMMING DEVELOPMENT, INC. a Delaware corporation; COMCAST CABLE COMMUNICATIONS, LLC, a Delaware limited liability company; ADVANCED INFORMATION SYSTEMS, INC., a Nevada corporation; and, DOES 1-50;<br><br>Defendants. | Case No.: 2:14-cv-00238-GMN-GWF<br><br>**STIPUALATION AND ORDER EXTENDING THE TIME TO FILE OPPOSITION TO MOTION TO FOR SUMMARY JUDMENT**<br><br>(First Request) |

IT IS STIPULATED AND AGREED by and between Plaintiff, Players Network, by and through its attorney, Barney C. Ales, Esq. of Barney C. Ales, Ltd., and Defendants, Comcast Corporation, Comcast Programming Development, Inc., and Comcast Cable Communications, LLC (hereinafter collectively referred to as the "Comcast Defendants"), by and through its attorney, William B. Igoe, Esq., of Ballard Spahr LLP, that the time for Plaintiff, Players

Network, to file its opposition to the Motion for Summary Judgment filed by the Comcast Defendants on May 2, 2016 (Doc #63), which opposition is currently due on May 26, 2016, shall be extended to June 6, 2016.

DATED this 25th day of May, 2016.

| BARNEY C. ALES, LTD. | BALLARD SPAHR LLP |
|---|---|
| By: /s/ Barney C. Ales<br>   Barney C. Ales<br>   Nevada Bar No. 127<br>   Mailing address:<br>   P.O. Box 20563<br>   Las Vegas, NV 89112<br>   222 Guidance Ridge Court<br>   Henderson, NV  89012<br><br>*Attorney for Plaintiff*<br>*Players Network* | By:   /s/ William B. Igoe<br>   William B. Igoe<br>   (admitted *pro hoc vice*)<br>   1735 Market Street, 51st Floor<br>   Philadelphia, PA  19103<br>   Local Address:<br>   100 North City Parkway, Suite 1750<br>   Las Vegas, NV 89106-4617<br><br>*Attorneys for Defendants Comcast Corporation, Comcast Programming Development, Inc., and Comcast Cable Communications, LLC* |

**IT IS SO ORDERED:**

_____
United States District Judge
Dated: June 1, 2016

2