1  BARNEY C. ALES, LTD.
   Barney C. Ales, Esq.
2  Nevada Bar No. 0127
   Mailing Address:
3  PO Box 20563'
   Las Vegas, NV 89112
4  222 Guidance Ridge Court
   Henderson, NV  89012
5  (702) 998-9576
6  attorneyales@gmail.com
   Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PLAYERS NETWORK, INC., | CASE NO. 2:14-cv-0238-GMN-GWF |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| COMCAST CORPORATION, et al.,, | |
| Defendants. | |

Plaintiff, Players Network, Inc. ("Plaintiff") and Defendants, Comcast Corporation, Comcast Programming Development, Inc., and Comcast Cable Communications, LLC ("Defendants," and together with Plaintiff, the "Parties"), through their respective counsel, hereby stipulate and agree as follows:

1. Plaintiff initiated this action on January 2, 2014. *See* ECF No. 1.

2. The Parties have reached a binding settlement, which definitively resolves all claims between them.

///

3. Accordingly, the Parties jointly request that this action be dismissed with prejudice, with each party to bear its own cost and fees.

4. All trial and other dates may be vacated.

WHEREFORE, the Parties respectfully request that the Court enter an Order dismissing this action with prejudice.

| BALLARD SPAHR LLP | BARNEY C. ALES, LTD. |
|---|---|
| By: /s/ Abran E. Vigil<br>Abran E. Vigil<br>Nevada Bar No. 7548<br>100 North City Parkway, Suite 1750<br>Las Vegas, NV 89106-4617<br><br>Geoffrey A. Kahn (admitted *pro hac vice*)<br>William B. Igoe (admitted *pro hac vice*)<br>1735 Market Street, 51st Floor<br>Philadelphia, PA 19103<br><br>*Attorneys for Defendants* | By: /s/ Barney Ales<br>Barney C. Ales<br>Barney C. Ales, LTD.<br>P.O. Box 20563<br>Las Vegas, NV 89112<br><br>Barney C. Ales<br>Barney C. Ales, LTD<br>222 Guidance Ridge Ct.<br>Henderson, NV 89012<br><br>*Attorney for Plaintiff* |

**IT IS SO ORDERED.**

Dated this 19 day of October, 2017.

_____
Gloria M. Navarro, Chief Judge
United States District Judge

2

DMEAST #31985845 v1

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5, I hereby certify that on October 18, 2017, an electronic copy of the foregoing was served on the following counsel of record via the Court's electronic service system:

Barney C. Ales
BARNEY C. ALES, LTD.
P.O. Box 20563
Las Vegas, NV 89112
*Counsel for Plaintiffs*

/s/ *Barney C. Ales*

DMEAST #31985845 v1